IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MITHILESH KUMAR and
PALLAVI KUMAR,

Plaintiffs,

v.

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA,

Defendant.

---

**DEFENDANT NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA'S NOTICE OF REMOVAL**

---

**TO:** Christopher C.R. Sidebottom
The Law Office of Christopher Sidebottom
301 Newark Street
Aurora, Colorado 80010

District Court, County of Arapahoe, State of Colorado
7325 S. Potomac Street
Centennial, Colorado 80112

**PLEASE TAKE NOTICE THAT** Defendant Nationwide Affinity Insurance Company of America ("Nationwide"), a corporation incorporated in Ohio with its principal place of business in Ohio, removes this action from the Arapahoe County District Court and gives notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

1. The above action was filed in the District Court in Arapahoe County, Case No. 2019CV31454, and is now pending in that Court. *See* Complaint attached as **Exhibit**

**A.**   Service of Process, including a Summon, Civil Cover Sheet, and Complaint, were served on Nationwide on August 21, 2019.  *See* Summons, attached as **Exhibit B**; Civil Cover Sheet, attached as **Exhibit C**; Return of Service, attached as **Exhibit D**.  The Civil Cover Sheet served on August 21, 2019 indicates that a monetary judgment over $100,000 is sought against Nationwide.  *See* Exhibit C.  *See also Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264 (10th Cir. 2016).  This Notice of Removal is filed within thirty days after the receipt by Nationwide of a copy of the paper from which it was first ascertained that the case is one which is removable.  *See* 28 U.S.C. § 1446(b)(3).

2.   This is a civil action involving an amount in controversy exceeding $75,000, exclusive of interest and costs, between parties of diverse citizenship, and for which this Court has original jurisdiction under 28 U.S.C. § 1332.

3.   "For purposes of federal jurisdiction, an individual's state citizenship is equivalent to domicile.  To establish domicile in a particular state, a person must be physically present in the state and intend to remain there." *Smith v. Cummings*, 445 F.3d 1254, 1259-60 (10th Cir. 2006).  Plaintiffs are now and were at all relevant times residents of the State of Colorado for purposes of diversity jurisdiction.  *See* Exhibit A at p. 1 ¶ 1.

4.   For diversity purposes, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business."  28 U.S.C. § 1332(c)(1).  Defendant Nationwide is a citizen of State of Ohio, with its principal place of business in the State of Ohio. *See* Colorado Secretary of State Certification and Report, attached as **Exhibit E**.

5. No change of citizenship of the parties has occurred since the commencement of this action. Under 28 U.S.C. § 1332(a), there is complete diversity of citizenship between Plaintiffs and Nationwide.

6. In the lawsuit, Plaintiffs seek damages for alleged damage to their property on June 19, 2018. *See* Exhibit A at p. 2 ¶ 7. Plaintiffs are pursuing damages in excess of $100,000. *See* Exhibit C. Plaintiffs seek alleged contract damages as well as damages of double that amount under C.R.S. §§ 10-3-1115 and 1116, and attorneys' fees and court costs under C.R.S. §§ 10-3-1115 and 1116. *See* Exhibit A. Plaintiffs also seek damages for alleged common law bad faith. *Id.* These amounts are in excess of $75,000. *See Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995) ("the amount in controversy is ordinarily determined by the allegations in the complaint, or, where they are not dispositive, by the allegations in the notice of removal").

7. Nationwide is entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C. §§ 1332 and 1446.

8. Pursuant to D.C.Colo.LCivR 81.1, copies of all pleadings and orders are attached and filed with this notice. They are as follows:

Dispositive Motions Procedure Order filed on June 19, 2019, attached as **Exhibit F**;

Delay Reduction Order & Order regarding Plan for Settlement filed on June 19, 2019, attached as **Exhibit G**;

Civil Case Cover Sheet filed on June 19, 2019, attached as Exhibit C;

Complaint filed on June 19, 2019, attached as Exhibit A;

Delay Reduction Order: Service of Defendant filed on August 22, 2019, attached as **Exhibit H**;

Amended Complaint filed on August 26, 2019, attached as **Exhibit I**;

Return of Service filed on September 4, 2019, attached as Exhibit D;

Entry of Appearance on behalf of Nationwide filed on September 10, 2019, attached as **Exhibit J**;

Nationwide's Unopposed Motion for Extension of Time to Respond to Complaint filed on September 11, 2019, attached as **Exhibit K**;

Proposed Order regarding Nationwide's Unopposed Motion for Extension of Time to Respond to Complaint filed on September 11, 2019, attached as **Exhibit L**;

Order granting Nationwide's Unopposed Motion for Extension of Time to Respond to Complaint filed on September 11, 2019, attached as **Exhibit M**.

In addition, the Register of Actions is attached as **Exhibit N**.

9. Further, Nationwide states that no hearings have been set in the state court action and no motions are currently pending in the state court action.

10. Pursuant to D.C.Colo.LCivR 3.1, a Supplemental Cover Sheet for Notices of Removal is being filed contemporaneously with this Notice of Removal.

11. Pursuant to 28 U.S.C. § 1446(d), this pleading is being signed under Fed. R. Civ. P. 11.

Dated this 20th day of September, 2019.

**GORDON & REES LLP**

*/s/ John M. Palmeri*
John M. Palmeri, Esq.
Katelyn S. Werner, Esq.
Eve Bacanskas, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
kwerner@grsm.com
ebacanskas@grsm.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, this 20th day of September, 2019.

Christopher C.R. Sidebottom, Esq.
301 Newark Street
Aurora, Colorado 80010
Christopher.cr.sidebottom@gmail.com

  */s/  Linda J. Bustos*